**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00768-RPM-CBS

SAUNDRA CAMPBELL,

    Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: July 9th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        U.S. DISTRICT JUDGE